IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 0 9 2008

\* 

vs.  \*  Case No.

DISTRICT OF MARYLAND

PJM-08-2480

\*
\*\*\*

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ ] I certify, as party/counsel in this case that ___Mary Louise Espinoza___
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ] The following corporate affiliations exist with _____
(name of party)

_____
(names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation

_____
(names of entities with possible financial interests)

___October 4, 2008___        ___[signature]___
Date                                       Signature

___Charles C Bowie   02185___
Printed Name                 Bar Number

___4906 St. Barnabas Road___
Address

___Temple Hills, MD 20748___
City/State/Zip

___301 894 5725___   ___301 423 7788___
Phone No.                       Fax No.